**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**JOSE SEBASTIAN MIRAMONTES**, et al,

Plaintiffs,

vs.

No. **2:26-cv-01041-GJF-KRS**

**JASMINE J. JARAMILLO,** et al.**,**

Defendants.

**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO SERVE DEFENDANT JASMINE J. JARAMILLO BY PUBLICATION AND FOR THIRD EXTENSION OF TIME TO COMPLETE SERVICE**

THIS MATTER comes before the Court on Plaintiffs' Motion for Leave to Serve Defendant Jasmine J. Jaramillo by Publication and Other Alternative Means, and for Third Extension of Time to Complete Service (Doc. 40). The Court, having reviewed the Motion and the supporting Affidavit, and noting the agreement of the appearing parties, FINDS that service on Defendant Jaramillo cannot reasonably be made as provided in Rule 1-004(F) NMRA, that good cause exists under Fed. R. Civ. P. 4(m), and that the Motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiffs may serve Defendant Jasmine J. Jaramillo by publishing the Notice of Pendency of Action once each week for three consecutive weeks in the Hobbs News-Sun, and by mailing the summons, First Amended Complaint, and Notice by first-class mail to each of Defendant Jaramillo's last known addresses and to her criminal defense counsel of record, Melissa A. Sawyers. Service shall be complete on the date of the last publication.

IT IS FURTHER ORDERED that the October 19, 2026 deadline for Plaintiffs to complete service on Defendant Jaramillo (Doc. 29) is extended to December 18, 2026. Plaintiffs shall file

proof of service, including affidavits of publication, in accordance with Rule 1-004(L) NMRA and Fed. R. Civ. P. 4(l).

IT IS SO ORDERED this 20th day of October, 2026.

KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE